UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03614-SPG-DMK | Date | July 21, 2026 |
| Title | JMG v. Warden of Desert View Annex in Adelanto, et al. | | |

Present: The Honorable    SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER DENYING PETITIONER'S EX PARTE MOTION TO GRANT HABEAS PETITION OR ISSUE TEMPORARY RESTRAINING ORDER [ECF NO. 13]**

Before the Court is the Ex Parte Motion to Grant Habeas Petition or Issue Restraining Order, (ECF No. 13 ("Motion")), filed by Petitioner J.M.G ("Petitioner"). Petitioner previously filed a Petition for Writ of Habeas Corpus, (ECF No. 1 ("Petition")), which has been fully briefed by both parties and submitted to Magistrate Judge Kwok on July 13, 2026. *See* (ECF Nos. 11, 12).

On April 1, 2026, the Central District of California issued General Order No. 26-05 to facilitate the "expeditious resolution" of "all [28 U.S.C.] § 2241 Immigration Petitions." C.D. Cal. G.O. 26-05; *see* (ECF No. 5). The General Order establishes the following briefing schedule for habeas petitions seeking immigration-related relief:

| | |
|---|---|
| Notice of Appearance: | Three (3) calendar days after the Clerk's Office issues the scheduling notice. |
| Respondents' Answer: | Seven (7) calendar days after the Clerk's Office issues the scheduling notice. Any arguments that the petition should be dismissed shall be made in the answer and not by separate motion. |
| Petitioner's Reply: | Three (3) calendar days after the filing of an answer for represented petitioners; fourteen (14) days from service of the answer for pro se petitioners. |

(ECF No. 5 at 5).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-03614-SPG-DMK | | Date | July 21, 2026 |
|---|---|---|---|---|
| Title | JMG v. Warden of Desert View Annex in Adelanto, et al. | | | |

The briefing schedule set out in General Order 26-05 is "intended to provide a prompt resolution to habeas petitions and reduce the contemporaneous filing of applications for a temporary restraining order." (*Id.*). Therefore, "[a]pplications for temporary restraining orders should be reserved for cases where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule." (*Id.*).

Petitioner has not shown that he will suffer the type of "imminent, irreparable harm" that cannot be addressed by the standard scheduling order. In the Motion, Petitioner states that he will suffer irreparable harm in the absence of preliminary injunctive relief because he is being held in immigration detention in poor conditions and because he has been separated from his family, friends, and community. (Mot. at 27-28). Petitioner also states that "when Petitioner has fallen ill," he has not received adequate medical care, and that the food he has been given is inconsistent with the needs of a person with diabetes. (*Id.* at 28-29). While the Court does not discount Petitioner's assertions of irreparable harm, Petitioner provides no basis to infer that his alleged harms differ in kind or degree from those common to all immigration habeas petitioners. His statements about medical care and dietary restrictions are stated generally without any detail as to the degree of deprivation or the imminence of any serious harm.

Moreover, as noted above, the Petition here has already been fully briefed in accordance with the above schedule, and Judge Kwok is currently preparing a Report and Recommendation on the Petition. If the Court were to consider the Motion, it would require additional briefing from the parties, given that the Government's Answer to the Petition does not address the *Winter* factors for a preliminary injunction. In the absence of a specific showing of imminent, irreparable harm, there is no reason to deviate from the already expedited schedule applied to the Petition. Accordingly, the Court DENIES the Motion without prejudice and REFERS the Petition to the Magistrate Judge for further proceedings consistent with General Order 26-05.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer      pg