JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

J.M.G.,

Petitioner,

v.

WARDEN OF DESERT VIEW ANNEX IN ADELANTO, et al.,

Respondents.

Case No. 5:26-cv-03614-SPG-DMK

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is GRANTED.

DATED: September 16, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE